Robert D. Phillips, Jr. (SBN 82639)
rphillips@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   (213) 457-8000
Facsimile:    (213) 457-8080

Linda B. Oliver (SBN 166720)
loliver@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:   (415) 543-8700
Facsimile:    (415) 391-8269

Attorney for Defendant North American Company for Life and Health Insurance

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDE KATZ,<br><br>             Plaintiff,<br><br>      vs.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, an Iowa corporation; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. CV12-3436 CAS (PJWx)<br><br>**[PROPOSED]** ORDER OF DISMISSAL |

Upon review of the Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice in its entirety, each party to bear its/her own costs and fees.

DATED:    April 3, 2013_____
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE